1  **ROBERT H. HENSSLER, JR.**
   California Bar No. 216165
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California  92101-5008
   Telephone:  (619) 234-8467
4  Facsimile: (619) 687-2666
   Robert_Henssler@fd.org
5

6  Attorneys for Defendant

7

8                      UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10                     **(HONORABLE LEO S. PAPAS)**

11  UNITED STATES OF AMERICA,              )  Case No.  08MJ0832
                                           )
12          Plaintiff,                     )
                                           )
13  v.                                     )  **NOTICE OF APPEARANCE**
                                           )
14  **ROGELIO PEREZ-GONZALEZ**,            )
                                           )
15                                         )
            Defendant.                     )
16  _____   )

17          Pursuant to implementation of the CM/ECF procedures in the Southern District of California ,Robert

18  H. Henssler, Jr., and Federal Defenders of San Diego, Inc. files this Notice of Appearance as lead counsel

19  in the above-captioned case.

20                                   Respectfully submitted,

21

22  Dated:  March 19, 2008             /s/   *Robert R. Henssler, Jr.*
                                       **ROBERT R. HENSSLER, JR.**
23                                     Federal Defenders of San Diego, Inc.
                                       Robert_Henssler@fd.org
24                                     Attorneys for Defendant

25

26

27

28

1

**CERTIFICATE OF SERVICE**

2          Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her

3   information and belief, and that a copy of the foregoing document has been served this day upon:

4   U S Attorneys Office Southern District of California
    880 Front Street
5   Room 6293
    San Diego, CA 92101
6   (619)557-5610
    Fax: (619)557-5917
7   Email: Efile.dkt.gc2@usdoj.gov

8

9   DATED: March 19, 2008                        */s/ Robert R. Henssler, Jr.*
                                                 **ROBERT R. HENSSLER, JR.**
10                                               Federal Defenders of San Diego, Inc.
                                                 Robert_Henssler@fd.org
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28